# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREA PETROSKI, | |
| Plaintiff, | CIVIL ACTION NO. 3:12-0955 |
| v. | (JUDGE CAPUTO) |
| KMART CORP., KMART CORP. c/o CT CORP., and SEARS HOLDING CORP., | |
| Defendants. | |

## ORDER

**NOW**, this 24th day of May, 2012, **IT IS HEREBY ORDERED** that removing Defendants Kmart Corporation and Sears Holding Corporation are given leave to file an amended notice of removal within **twenty-one (21) days** from the date of entry of this Order. If Defendants fail to do so, the action will be remanded to the Court of Common Pleas of Luzerne County, Pennsylvania.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge